UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IWONA PORTALATIN<br><br>Plaintiff,<br><br>v.<br><br>BLATT, HASENMILLER, LEIBSKER & MOORE, LLC and<br>MIDLAND FUNDING LLC<br><br>Defendants. | Case No: 1:14-cv-08271<br><br>Honorable Matthew F. Kennelly |

## N<span>OTICE OF</span> S<span>ETTLEMENT</span>

PLEASE TAKE NOTICE that Plaintiff Iwona Portalatin ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Midland Funding, LLC, settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 27th day of July, 2015

    Respectfully Submitted,

    s/ Mohammed O. Badwan
    Mohammed O. Badwan, Esq.
    Sulaiman Law Group, Ltd.
    900 Jorie Boulevard
    Suite 150
    Oak Brook, IL 60523
    (630) 575-8181
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record:

Katherine H. Tresley
David M. Schultz
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312) 704-3202
*Counsel for Defendant Midland*

David L. Hartsell
Helen D. Arnold
McGuirewoods, LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
(312) 849-8100
*Counsel for Defendant BHLM*