IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IWONA PORTALATIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-08271 |
| | ) | |
| BLATT, HASENMILLER, LEIBSKER & MOORE, LLC and MIDLAND FUNDING, LLC, | ) ) ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |

## **DEFENDANT'S MOTION FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES**

NOW COMES Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM"), by its undersigned counsel, and pursuant to Fed.R.Civ.P. 15(a)(2), moves the Court for leave to amend its affirmative defenses to assert the additional affirmative defense of satisfaction, pursuant to Fed.R.Civ.P. 8(c)(1), for the reasons more fully set forth in Defendant's Motion to Dismiss (Dkt. 91, filed under seal) and incorporated herein by reference.

WHEREFORE, BHLM respectfully requests that the Court enter an order granting Defendant leave to amend its affirmative defenses, as well as entering such further relief as is just, necessary and proper.

Dated: November 20, 2015

Respectfully Submitted,

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC


By: /s/David L. Hartsell
 One of Its Attorneys

David L. Hartsell
Helen D. Arnold
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100

Chicago, Illinois 60601-1818
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com
harnold@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **DEFENDANT'S MOTION FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES** was electronically filed with the Clerk of the Court using the CM/ECF system on November 20, 2015, which constitutes service on below counsel who are registered electronic filing users, pursuant to FED. R. CIV. P. 5(b)(2)(D) and L.R. 5.9:

>Mohammed O. Badwan
>Ahmad Tayseer Sulaiman
>Daniel J. McGarry
>Ross M. Zambon
>Sulaiman Law Group, Ltd.
>mbadwan@sulaimanlaw.com
>ahmad.sulaiman@sulaimanlaw.com
>dmcgarry@sulaimanlaw.com
>rzambon@sulaimanlaw.com
>
>Nicholas H. Wooten
>Nick Wooten, LLC
>nick@nickwooten.com
>
>Majdi Y. Hijazin
>Law Offices of Majdi Y. Hijazin, Ltd.
>mhijazin@hijazinlaw.com
>
>David M. Schultz
>Katherine H. Tresley
>Hinshaw & Culbertson
>dschultz@hinshawlaw.com
>ktresley@hinshawlaw.com

/s/David L Hartsell

72849103_1