# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

IOWANA PORTALATIN,

Plaintiff(s),

v.

BLATT, HASENMILLER, LEIBSKER & MOORE LLC,

Defendant(s).

Case No. 14 C 8271
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other:  Judgment is entered in favor of plaintiff, Iwona Portalatin, and against defendant, Blatt, Hasenmiller, Leibsker & Moore, LLC in the amount of $200.00.

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 11/24/2015              Thomas G. Bruton, Clerk of Court

                              Pamela J. Geringer , Deputy Clerk