IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IWONA PORTALATIN,<br><br>             Plaintiff,<br><br>   v.<br><br>BLATT, HASENMILLER, LEIBSKER &<br>MOORE, LLC and MIDLAND FUNDING,<br>LLC,<br><br>             Defendants. | No. 1:14-cv-08271<br><br>Judge Matthew F. Kennelly |

## DEFENDANT'S MOTION TO ALTER OR AMEND THE JUDGMENT OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE JUDGMENT

NOW COMES defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 59(e), moves the Court to alter or amend the judgment entered against BHLM on November 24, 2015 (Dkt. 101) or, alternatively, pursuant to Federal Rule of Civil Procedure 60(b)(5), to grant relief from said judgment, on the grounds that the award for statutory damages must be set off or deemed satisfied by the settlement plaintiff previously entered into with co-defendant Midland Funding, LLC ("Midland").

Because the Midland settlement agreement contains a confidentiality clause, BHLM requests leave to file its supporting memorandum (with the Midland settlement as an exhibit) under seal, pursuant to L.R. 5.8.

Dated: December 21, 2015

Respectfully Submitted,

BLATT, HASENMILLER, LEIBSKER &
MOORE, LLC


By: /s/David L. Hartsell
      One of Its Attorneys

David L. Hartsell
Helen D. Arnold
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com
harnold@mcguirewoods.com

Laura A. Lange
McGUIREWOODS LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
(412) 667-6700
(412) 667-7961 (fax)
llange@mcguirewoods.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT'S MOTION TO ALTER OR AMEND THE JUDGMENT OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE JUDGMENT** was electronically filed with the Clerk of the Court using the CM/ECF system on December 21, 2015, which constitutes service on below counsel who are registered electronic filing users, pursuant to FED. R. CIV. P. 5(b)(2)(D) and L.R. 5.9:

>Mohammed O. Badwan
>Ahmad Tayseer Sulaiman
>Daniel J. McGarry
>Ross M. Zambon
>Sulaiman Law Group, Ltd.
>mbadwan@sulaimanlaw.com
>ahmad.sulaiman@sulaimanlaw.com
>dmcgarry@sulaimanlaw.com
>rzambon@sulaimanlaw.com
>
>Nicholas H. Wooten
>Nick Wooten, LLC
>nick@nickwooten.com
>
>Majdi Y. Hijazin
>Law Offices of Majdi Y. Hijazin, Ltd.
>mhijazin@hijazinlaw.com
>
>David M. Schultz
>Katherine H. Tresley
>Hinshaw & Culbertson
>dschultz@hinshawlaw.com
>ktresley@hinshawlaw.com

/s/David L Hartsell