IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IWONA PORTALATIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:14-cv-08271 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| BLATT, HASENMILLER, LEIBSKER & ) | |
| MOORE, LLC and MIDLAND FUNDING, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order denying Defendant's post-trial motion pursuant to Federal Rules of Civil Procedure 59(e) and 60(b)(5) entered on February 20, 2016 (ECF No. 113), including all prior interlocutory rulings, by the Honorable Matthew F. Kennelly, Judge of the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: March 15, 2016

BLATT, HASENMILLER, LEIBSKER &
MOORE, LLC

By: /s/David L. Hartsell

David L. Hartsell
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com

Laura A. Lange
McGUIREWOODS LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
(412) 667-6700
(412) 667-7961 (fax)
llange@mcguirewoods.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing **NOTICE OF APPEAL** was electronically filed with the Clerk of the Court using the CM/ECF system on March 15, 2016, which constitutes service on below counsel who are registered electronic filing users, pursuant to FED. R. CIV. P. 5(b)(2)(D) and L.R. 5.9:

    Mohammed O. Badwan
    Ahmad Tayseer Sulaiman
    Daniel J. McGarry
    Ross M. Zambon
    Sulaiman Law Group, Ltd.
    mbadwan@sulaimanlaw.com
    ahmad.sulaiman@sulaimanlaw.com
    dmcgarry@sulaimanlaw.com
    rzambon@sulaimanlaw.com

    Nicholas H. Wooten
    Nick Wooten, LLC
    nick@nickwooten.com

    Majdi Y. Hijazin
    Law Offices of Majdi Y. Hijazin, Ltd.
    mhijazin@hijazinlaw.com

    David M. Schultz
    Katherine H. Tresley
    Hinshaw & Culbertson
    dschultz@hinshawlaw.com
    ktresley@hinshawlaw.com

    /s/David L Hartsell

75715390_1