IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IWONA PORTALATIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:14-cv-08271 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| BLATT, HASENMILLER, LEIBSKER & | ) | |
| MOORE, LLC and MIDLAND FUNDING, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT OF DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC

Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("Blatt"), by its undersigned counsel, respectfully submits this Docketing Statement pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit.

## I.      District Court Jurisdiction

The United States District Court for the Northern District of Illinois ("District Court") has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 (federal question) and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k.

## II.      Appellate Court Jurisdiction

The United States Court of Appeals for the Seventh Circuit has jurisdiction over the appeal pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 1294.  The judgment following a jury verdict was entered on November 24, 2015. (ECF No. 101).  Blatt filed a timely post-trial motion pursuant to Federal Rules of Civil Procedure 59(e) and 60(b)(5) on December 22, 2015,which tolled the deadline for filing the Notice of Appeal.  (ECF No. 105).  The District Court entered an order denying the post-trial motion on February 20, 2016.  (ECF No. 113).  Blatt's Notice of

Appeal was filed with the District Court on March 15, 2016, within thirty days of the order disposing of the post-trial motion. Pursuant to Federal Rule of Appellate Procedure 4(A), the Notice of Appeal is timely.

### III. This Is an Appeal of an Immediately Appealable Final Judgment.

As noted above, a final appealable judgment was entered on November 24, 2015 and the District Court has entered an order disposing of Blatt's post-trial motions. This is a civil appeal as a matter of right pursuant to Federal Rule of Appellate Procedure 3(a) and Circuit Rule 3(a).

### IV. Prior or Related Appellate Proceedings

An appeal in a related case docketed at *Oliva v. Blatt, Hasenmiller, Liebsker & Moore, LLC*, Appeal No. 15-2516, is currently pending before the United States Court of Appeals for the Seventh Circuit. The decision in *Oliva* will impact the District Court's entry of summary judgment on the issue of liability in this case.

Dated: March 15, 2016

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC

By:  /s/David L. Hartsell

David L. Hartsell (counsel of record)
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com

Laura A. Lange
McGUIREWOODS LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
(412) 667-6700
(412) 667-7961 (fax)
llange@mcguirewoods.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **DOCKETING STATEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system on March 15, 2016, which constitutes service on below counsel who are registered electronic filing users, pursuant to FED. R. CIV. P. 5(b)(2)(D) and L.R. 5.9:

Mohammed O. Badwan
Ahmad Tayseer Sulaiman
Daniel J. McGarry
Ross M. Zambon
Sulaiman Law Group, Ltd.
mbadwan@sulaimanlaw.com
ahmad.sulaiman@sulaimanlaw.com
dmcgarry@sulaimanlaw.com
rzambon@sulaimanlaw.com

Nicholas H. Wooten
Nick Wooten, LLC
nick@nickwooten.com

Majdi Y. Hijazin
Law Offices of Majdi Y. Hijazin, Ltd.
mhijazin@hijazinlaw.com

David M. Schultz
Katherine H. Tresley
Hinshaw & Culbertson
dschultz@hinshawlaw.com
ktresley@hinshawlaw.com


/s/David L Hartsell